UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: SRIKANTH SREEDHAR,

        Plaintiff.

1. 25-CV-0407
2. 25-CV-0482
3. 25-CV-0522
4. 25-CV-0699
5. 25-CV-1853
6. 25-CV-2213

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

On May 30, 2025, Plaintiff filed a motion to withdraw the abovementioned actions. The Court grants Plaintiff's motion. The Court dismisses the abovementioned actions without prejudice pursuant to Rule 41(a)(2) of Federal Rules of Civil Procedure. Any other pending motion or request in these actions are also denied without prejudice.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   June 2, 2025
            New York, New York

                          /s/ Laura Taylor Swain
                             LAURA TAYLOR SWAIN
                          Chief United States District Judge